# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2140 PA (CWx) | Date | March 1, 2011 |
|---|---|---|---|
| Title | Kenneth Martin Gardner, et al. v. Health Net, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE

Under Federal Rule of Civil Procedure 12(a)(4), "if the court denies [a Rule 12] motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action."  Here, defendant Health Net, Inc. filed a Motion to Dismiss Plaintiffs' Fourth Amended Complaint on October 18, 2010.  The Court granted in part and denied in part the Motion to Dismiss on November 29, 2010.  As such, Defendant was required to file a responsive pleading pursuant to the time period set forth in Rule 12(a)(4).

It appears that this time period has not been met.  Accordingly, the Court, on its own motion, orders Plaintiffs Kenneth Martin Gardner and Alice Brandt to show cause in writing on or before **March 11, 2011,** why this action should not be dismissed for lack of prosecution.  The filing of a Request for Entry of Default will be deemed an adequate response to this Order to Show Cause.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of Plaintiffs' response.  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the Complaint.

IT IS SO ORDERED.